MARTIN B. GREENBAUM – CSB No. 45268
GREENBAUM & KATZ LLP
840 Newport Center Drive, Suite 720
Newport Beach, CA 92660
Tel:  (949) 760-1400
Fax:  (949) 760-1300

Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., | Case No.:   CIV 04-6652 OWW LJO |
| Plaintiff, | JUDGE OLIVER W. WAGNER |
| vs. | STIPULATION FOR VOLUNTARY DISMISSAL AND ORDER THEREON |
| RANBEROS, INC., dba MICHAELANGELO'S PIZZARIA and JOSE GONZALEZ ROSALES, | [F.R.Civ.P. 41 (a)(2)] |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by counsel for Plaintiff GARDEN CITY BOXING CLUB, INC. and for Defendant RANBEROS, INC., dba MICAELANGELO'S PIZZARIA and  JOSE GONZALEZ ROSALES, that the parties have agreed to a settlement with immediate dismissal with prejudice of this case pursuant to Federal Rules of Civil Procedure 41(a)(2).

Dated:  December 1, 2005    GREENBAUM & KATZ LLP

By: /S/ MARTIN B. GREENBAUM
MARTIN B. GREENBAUM
Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

1
STIPULATION FOR VOLUNTARY DISMISSAL AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

Dated: December 1, 2005 LAW OFFICES OF HENRY D. NUNEZ

By: /S/ HENRY D. NUNEZ
HENRY D. NUNEZ
Attorneys for Defendant
RANBEROS, INC., dba
MICHAELANGELO'S PIZZARIA
and JOSE GONZALEZ ROSALES

## ORDER

Upon reading the above Stipulation for Voluntary Dismissal, and good cause appearing therefore:

IT IS ORDERED that the above referenced case be and hereby is dismissed with prejudice pursuant to F.R.Civ.P. 41(a)(2)

Dated: __12/6/05_____

/s/Oliver W. Wanger
OLIVER W. WAGNER
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com